IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| VS. | ) | Criminal No. 6:98CR60002-001 |
| | ) | |
| | ) | |
| HERBERT FORT | ) | |

**ORDER**

Defendant Herbert Fort now comes before this Court seeking discharge from his court ordered supervised release. Upon consideration, the Court finds that Defendant's discharge from supervised release prior to the expiration of the maximum period of supervised release is warranted by the conduct of the Defendant and the interests of justice. Accordingly, pursuant to 18 U.S.C. § 3583(e)(1), the remained of Defendant's term of supervised released imposed by this Court on September 24, 1998, is hereby terminated. Defendant Herbert Fort is hereby unconditionally discharged from supervised release.

IT IS SO ORDERED, this 26th day of August, 2009.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge